# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

SAMUEL JAY LOVE  PLAINTIFF
ADC #168174

v.   3:23CV00260-JM-JTK

ZACHARY BRANDON, et al.  DEFENDANT

## ORDER

Summons served on Defendant Thomas Byers was returned unexecuted. (Doc. No. 7). The Court has been provided a last known address for Defendant Byers that will be maintained under seal. (Id.)

The Clerk of the Court is directed to reissue Summons for Defendant Thomas Byers, address under seal (Doc. No. 7), and the United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on Defendant Byers without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 14th day of February, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE