IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SAMUEL JAY LOVE                                                                                    PLAINTIFF
ADC #168174

v.                                                   3:23CV00260-JM-JTK

ZACHARY BRANDON, et al.                                                                DEFENDANT

## ORDER

Samuel Jay Love's ("Plaintiff") Motion to Produce Video Footage (Doc. No. 17) is DENIED as moot. While Plaintiff titled his filing "Motion to Produce Video Footage," the Motion is a request for production under Fed. R. Civ. P. 34. (Id.). Plaintiff does not need an Order from the Court to engage in discovery. As such, Plaintiff's Motion is denied.

The Clerk of the Court is directed to change the docket to reflect that Plaintiff's Motion is a discovery request.

Plaintiff seeks video footage "of the moment [he] was arrested and placed in isolation 4 cell at North Central Unit of April 5th, 2023 and every meal time after to April 12th, 2023." (Id.). To the extent this video exists, Defendants are directed to retain the footage. Defendants should also treat Plaintiff's discovery request as served on them on the date of this Order.

Plaintiff was advised on January 3, 2024 that he should not file discovery requests with the Court. (Doc. No. 3 at 2). In the future, Plaintiff **must** send all discovery requests directly to Defendants' lawyer. (Id.).

The Clerk of the Court is directed to send Plaintiff a copy of docket entry no. 3 along with a copy of this Order.

IT IS SO ORDERED this 12th day of April, 2024.

                                                          _____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

Case 3:23-cv-00260-JM   Document 20   Filed 04/12/24   Page 2 of 2