### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**SAMUEL JAY LOVE**  **PLAINTIFF**
**ADC #168174**

v.  **CASE NO: 3:23-cv-00260-JM-JTK**

**ZACHARY BRANDON, et al.**  **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 18) is DENIED.

Dated this 6th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE