# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**SAMUEL JAY LOVE**                                                           **PLAINTIFF**
**ADC #168174**

v.                     **CASE NO: 3:23-cv-00260-JM**

**ZACHARY BRANDON, et al.**                                         **DEFENDANT**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 30th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE